

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:    Enrique Ramirez v. Ed Wells, Court Manger of the Office of Court Management, Harris County Criminal Courts at Law, in His Official Capacity, and Honorable Paula Goodhart, Presiding Judge of the Harris County Criminal Courts at Law in Her Official Capacity

Appellate case number:    01-17-00262-CV

Date Motion Filed:    April 9, 2018

Party Filing Motion:    Appellant, Enrique Ramirez


It is ordered that the motion for en banc reconsideration is **denied**.


Judge's signature: /s/ Sherry Radack
                          Acting for the En Banc Court


Date: May 22, 2018

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.